IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sharda White, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  10 C 3928 |
| NCO Financial Systems, Inc., a Pennsylvania corporation, | ) ) ) ) | Judge Manning |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Sharda White, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  August 9, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

ENTERED:

_____
Judge Blanche M. Manning,
United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2010 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on August 9, 2010, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o James K. Schultz
Sessions, Fishman, Nathan & Israel, LLC
55 W. Monroe
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com